## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | **Case No:** | **18-30786** |
| **Lori Frazier** | ) | | |
| **Debtor,** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| | ) | **Judge:** | **Jacqueline P. Cox** |

### NOTICE OF MOTION

**To:**    Lori Frazier, 1111 S Laflin St 1516, Chicago, IL, 60607

Tom Vaughn, 55 E. Monroe St # 3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL  60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **November 19th, 2018 at 9:00 a.m.**, I shall appear before the Honorable Judge Jacqueline P. Cox in 219 S. Dearborn St., Courtroom 680, Chicago, IL and then and there present the attached **Motion to Extend the Automatic Stay**, a copy of which is attached hereto.

**By:**    */s/ Ryan Scott Fojo*
Ryan Scott Fojo

### CERTIFICATE OF SERVICE

I, Ryan Scott Fojo, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on November 12, 2018.

**By:**    */s/ Ryan Scott Fojo*
Ryan Scott Fojo

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

AMCA
2269 S Saw Mill River Road
Elmsford NY 10523

American Credit Accept
Attn: Bankruptcy Dept.
961 E Main St
Spartanburg SC 29302

Americollect INC
Attn: Bankruptcy Dept.
Po Box 1566
Manitowoc WI 54221

Arnold Scott Harris PC
Bankruptcy Department
111 W Jackson Blvd Ste 600
Chicago IL 60604

Ashley Funding Services LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603

AT&T
ATTN: Bankruptcy Dept
208 S Akard St
Dallas TX 75202

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

COMENITY BANK/Ashstwrt
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenity Bank/Lane Bryant
4590 E Broad Street
Columbus OH 43213

Credit Acceptance Corporation
Bankruptcy Department
PO Box 513
Southfield MI 48037

HWARFIELD
4620 Woodland Corp
Tampa FL 33614

Illinois Department of Human & Family Ser
509 S 6th Street
Springfield IL 62701

Ira T. Nevel
Bankruptcy Dept.
175 N. Franklin, Suite 201
Chicago IL 60606

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Kesha Chappel
C/O Illinois Dept of Human and Family
Services
509 S 6th Street
Springfield IL 62701

Midland Credit Management
Bankruptcy Department
2365 Northside Dr
Suite 300
San Diego CA 92108

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora IL 60507

Peoples Gas
Bankruptcy Department
200 E. Randolph Dr.
Chicago IL 60601

Prestige Financial Services
PO Box 26707
Salt Lake City UT 84126

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

The Semrad Law Firm L.L.C.
Bankruptcy Department
20 S. Clark St., 28th floor
Chicago IL 60603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 18-30786 |
| Lori Frazier | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

### MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES the Debtor, Ms. Lori Frazier (the "Debtor"), by and through her attorneys,

Geraci Law LLC, to present her **Motion to Extend the Automatic Stay** pursuant to 11 U.S.C.

§§. 105 and 362(c)(3)**,** and states as follows:

1.    This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core

proceeding" under 28 U.S.C. 157(b).

2.    The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US

Bankruptcy Code and a plan of reorganization on 10/31/2018.

3.    The Debtor filed a previous petition for bankruptcy protection under Chapter 13 of

the US Bankruptcy Code and on 12/20/2017, case number 17-37612. The case was

dismissed on 9/10/2018.

4.    The Debtor's circumstances have changed as follows (see affidavit attached as

Exhibit A):

a.   In the previous case, the Debtor fell and broke her wrist to such an extreme degree

that it required multiple surgeries to repair the joint well enough to allow her to return

to work.

b.   During this time, the Debtor was only receiving a small amount of Short-Term

Disability. This was not enough to allow her to make her plan payments as well as

remain current with her monthly bills.

c. By the time the Debtor returned to work, she was too far behind to catch up on her payments and as a result the case was dismissed.

d. In the current case, the Debtor is working full-time and can afford her ongoing Chapter 13 payments.

5. The Debtor is filing this case in good faith.

6. The schedules I and J of the previous case have been attached as Exhibit B, the schedules I and J of the current case have been attached as Exhibit C.

WHEREFORE, the Debtor, Ms. Lori Frazier, prays this Court enter an order:

1. Extending the Automatic Stay as to all creditors until such time as the stay is lifted by a party in interest as to that party only following notice and a hearing or such time as this case is dismissed or discharged; and

2. Any other relief that this Court deems just and proper.

Respectfully submitted,

**/s/ Ryan Scott Fojo**
Ryan Scott Fojo

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800 (Fax): 877.247.1960